FORM 8. Entry of Appearance                                                         Form 8

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Endo Pharmaceuticals Inc.    v.    Teva Pharmaceuticals USA, Inc.

No. 15-2021 (Consolidated)

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

- ☐ Pro Se
- ☒ As counsel for: Roxane Laboratories, Inc.
  Name of party

I am, or the party I represent is (select one):

- ☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☒ Cross Appellant
- ☐ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

- ☐ Petitioner or appellant    ☐ Respondent or appellee

| | |
|---|---|
| Name: | Alan B. Clement |
| Law Firm: | Locke Lord LLP |
| Address: | Three World Financial Center |
| City, State and Zip: | New York, New York 10281-2101 |
| Telephone: | (212) 812-8318 |
| Fax #: | (212) 812-8378 |
| E-mail address: | aclement@lockelord.com |

Statement to be completed by counsel only (select one):

- ☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.
- ☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]
- ☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 1993

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
   ☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date September 28, 2015    Signature of pro se or counsel  /s/ Alan B. Clement

cc: Counsel of Record

Reset Fields

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ENDO PHARMACEUTICALS INC. V. TEVA PHARMACEUTICALS USA, INC.

No. 2015-2021 (Consolidated)

**Associated Cases**:

| | |
|---|---|
| 15-2023 | Endo Pharmaceuticals Inc. v. Amneal Pharmaceuticals, LLC |
| 15-2024 | Endo Pharmaceuticals Inc. v. Impax Laboratories, Inc. |
| 15-2025 | Endo Pharmaceuticals Inc. v. Impax Laboratories, Inc. |
| 15-2026 | Endo Pharmaceuticals Inc. v. Impax Laboratories, Inc. |
| 15-2028 | Endo Pharmaceuticals Inc. v. Impax Laboratories, Inc. |
| 15-2031 | Endo Pharmaceuticals Inc. v. Actavis Inc. |
| 15-2033 | Endo Pharmaceuticals Inc. v. Actavis Inc. |
| 15-2034 | Endo Pharmaceuticals Inc. v. Actavis Inc. (Cross-appeal) |
| 15-2035 | Endo Pharmaceuticals Inc. v. Ranbaxy, Inc. |
| 15-2041 | Endo Pharmaceuticals Inc. v. Amneal Pharmaceuticals, LLC (Cross-appeal) |
| 15-2042 | Endo Pharmaceuticals Inc. v. Teva Pharmaceuticals USA, Inc. (Cross-appeal) |
| 15-2046 | Endo Pharmaceuticals Inc. v. Roxane Laboratories, Inc. (Cross-appeal) |
| 15-2047 | Endo Pharmaceuticals Inc. v. Ranbaxy, Inc. (Cross-appeal) |
| 15-2049 | Endo Pharmaceuticals Inc. v. Ranbaxy, Inc. (Cross-appeal) |
| 15-2059 | Endo Pharmaceuticals Inc. v. Impax Laboratories, Inc. |
| 15-2060 | Endo Pharmaceuticals Inc. v. Impax Laboratories, Inc. |

Form 30

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on   September 28, 2015
by:

- [ ] U.S. Mail
- [ ] Fax
- [ ] Hand
- [x] Electronic Means (by E-mail or CM/ECF)

| Hugh S. Balsam | /s/ Hugh S. Balsam |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Locke Lord LLP |
| Address | 111 South Wacker Drive |
| City, State, Zip | Chicago, Illinois 60606 |
| Telephone Number | (312) 443-0403 |
| Fax Number | (312) 896-6403 |
| E-Mail Address | hbalsam@lockelord.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields