NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

───────────────

**ENDO PHARMACEUTICALS INC., GRUNENTHAL GMBH,**
*Plaintiffs-Cross-Appellants*

v.

**TEVA PHARMACEUTICALS USA, INC., ACTAVIS INC., ACTAVIS SOUTH ATLANTIC LLC, WATSON PHARMACEUTICALS, INC., AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, ROXANE LABORATORIES, INC., AMNEAL PHARMACEUTICALS, LLC, THORX LABORATORIES, INC., BARR LABORATORIES, INC., RANBAXY, INC., RANBAXY PHARMACEUTICALS, INC., SUN PHARMACEUTICAL INDUSTRIES, LTD., IMPAX LABORATORIES, INC.,**
*Defendants-Appellants*

───────────────

2015-2021, -2022, -2023, -2024, -2025, -2026, -2028, -2031, -2033, -2034, -2035, -2041, -2042, -2046, -2047, -2049, -2059, -2060, 2016-1025, -1060, -1117, -1118

───────────────

Appeals from the United States District Court for the Southern District of New York in No. 1:12-cv-08060-TPG-GWG, 1:12-cv-08115-TPG-GWG, 1:12-cv-08317-TPG-GWG, 1:12-cv-08985-TPG-GWG, 1:13-cv-00435-TPG-GWG, 1:13-cv-00436-TPG-GWG, 1:13-cv-03288-TPG, 1:13-

2  ENDO PHARMACEUTICALS INC. v. TEVA PHARMACEUTICALS USA, INC.

cv-04343-TPG, 1:13-cv-08597-TPG, Senior Judge Thomas P. Griesa.

————————————

**ON MOTION**

————————————

**O R D E R**

Upon consideration of Actavis Inc. and Actavis South Atlantic, LLC's (collectively, "Actavis") unopposed motion to file a replacement opening brief,

IT IS ORDERED THAT:

(1)  The motion is granted.

(2)  Actavis's confidential and non-confidential briefs filed on July 29, 2016 in 2016-1025 (ECF Nos. 63 & 64 in 2016-1025 and ECF Nos. 85 & 86 in 2015-2021) will not be transmitted to the merits panel assigned to hear these cases.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s26