**Nos. 2015-2021, -2022, -2023, -2024, -2025, -2026, -2028, -2031, -2033, -2034, -2035, -2041, -2042, -2046, -2047, -2049, -2059, -2060; 2016-1025, -1060, -1117, and -1118 (consolidated)**

# United States Court of Appeals for the Federal Circuit

ENDO PHARMACEUTICALS, INC., AND GRUNENTHAL GMBH,
*Plaintiffs-Cross-Appellants,*

v.

TEVA PHARMACEUTICALS USA, INC., ACTAVIS INC., ACTAVIS SOUTH ATLANTIC LLC, WATSON PHARMACEUTICALS, INC., AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, ROXANE LABORATORIES, INC., AMNEAL PHARMACEUTICALS, LLC, THORX LABOROATORIES, INC., BARR LABROATORIES, INC., RANBAXY, INC., RANBAXY PHARMACEUTICALS, INC.., SUN PHARMACEUTICAL INDUSTRIES, LTD., IMPAX LABORATORIES, INC.,
*Defendants-Appellants.*

Appeals from the U.S. District Court for the Southern District of New York, Nos. 1:12-CV-8060-TPG-GWG, 1:12-CV-8317-TPG-GWG, 1:12-CV-8985-TPG-GWG, 1:13-CV-435-TPG-GWG, 1:13-CV-436-TPG-GWG, 1:13-CV-3288-TPG-GWG, 1:13-CV-4343-TPG-GWG, 1:13-CV-8597-TPG-GWG, Senior Judge Thomas P. Griesa

**NOTICE OF JOINDER BY TEVA PHARMACEUTICALS USA, INC., AND BARR LABORATORIES INC.
IN OPENING BRIEF OF ACTAVIS INC.,
AND ACTAVIS SOUTH ATLANTIC, LLC**

ELIZABETH J. HOLLAND
HUIYA WU
BRIAN J. ROBINSON
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
(212) 813-8800

*Attorneys for Defendants-Appellants Teva Pharmaceuticals USA, Inc. and Barr Laboratories Inc.*

October 3, 2016

# CERTIFICATE OF INTEREST

**1.    The full name of every party represented by us is:**
Teva Pharmaceuticals USA, Inc. and Barr Laboratories Inc.

**2.    The name of any real party in interest represented by us, and not identified in response to Question 3, is:** N/A.

**3.    All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party represented by us are:** Teva Pharmaceutical Industries Ltd.

**4.    The names of all law firms and the partners or associates that appeared for the party now represented by us in the trial court or are expected to appear in this Court are:**

<u>Goodwin & Procter LLP:</u> Elizabeth J. Holland, Huiya Wu, Daniel P. Margolis, Brian J. Robinson (all formerly with Kenyon & Kenyon LLP)

<u>Kenyon & Kenyon LLP</u>: Christopher J. Coulson

Pursuant to Rule 28(i) of the Federal Rules of Appellate Procedure, Defendants-Appellants Teva Pharmaceuticals USA, Inc. and Barr Laboratories Inc. join and adopt the entirety of the opening brief filed by Defendants-Appellants Actavis Inc. and Actavis South Atlantic, LLC on July 29, 2016 (which Actavis moved to replace on September 30)—with the exception of Argument § III, which concerns only Actavis.

In district court, Endo asserted claim 79 of the '216 patent against Teva and Barr, but not Actavis. Otherwise, all claims that Endo asserted against Actavis were also asserted against Teva and Barr. *See* Appx73, n.10. Claim 79 was not the subject of any separate arguments from the parties or analysis by the district court.

Argument Sections I and II of Actavis's brief apply equally to claim 79 as to the claims asserted against Actavis. Teva and Barr therefore join and adopt those arguments.

October 3, 2016                                         Respectfully submitted,

                                              /s/ Brian J. Robinson
                                              ELIZABETH J. HOLLAND
                                              HUIYA WU
                                              BRIAN J. ROBINSON
                                              GOODWIN PROCTER LLP
                                              620 Eighth Avenue
                                              New York, NY 10018
                                              (212) 813-8800

                                              *Attorneys for Defendants-Appellants*
                                              *Teva Pharmaceuticals USA, Inc.*
                                              *and Barr Laboratories Inc.*

## **<u>CERTIFICATE OF SERVICE</u>**

On October 3, 2016, this document was submitted to the Court through the CM/ECF system. All participants in the case are represented by registered CM/ECF users and will be served electronically by the CM/ECF system.

                                           /s/ Brian J. Robinson